IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-02450-CMA-KLM

MELISSA LINDHURST,

    Plaintiff,

v.

UNITED STATES OF AMERICA – SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the Joint Stipulation for Dismissal (Doc. # 13) signed by the attorneys for the parties hereto, it is

ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay her or its own costs.

DATED:  November  26 , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge